IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DONALD WAYNE HINKLE,

    Plaintiff,

vs.                                                      Case No. 07-4074-SAC

ALDERGATE VILLAGE,

    Defendant.

## ORDER

This matter is before the court on plaintiff's Application for Leave to File Action Without Payment of Fees, Costs or Security With Affidavit of Financial Status in Support (Doc. 2). In his motion, plaintiff states that he is presently employed and earns approximately "$9.70 per hour X 80 hours." However, plaintiff does not state his total net and gross monthly income, as required by the financial affidavit. Nor does plaintiff state his total net and gross weekly income, as required by the financial affidavit. Because the court will not speculate as to the total weekly and/or monthly income plaintiff currently earns, nor will the court speculate as to the meaning of "$9.70 per hour X 80 hours," the court will order plaintiff to supplement his motion with this information. Accordingly,

**IT IS THEREFORE ORDERED** that plaintiff shall on or before **July 3, 2007**, file a supplement to his Application for Leave to File Action Without Payment of Fees, Costs or Security With Affidavit of Financial Status in Support (Doc. 2). Such supplement shall include plaintiff's total gross and net monthly income as well as plaintiff's total gross and net weekly

Dockets.Justia.com

income.  Such supplement shall be filed by the Clerk's Office under seal.

**IT IS SO ORDERED.**

Dated this 19th day of June, 2007, at Topeka, Kansas.


<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge